FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS
2010 DEC 21 PM 1:36

TIMOTHY M. O'BRIEN
CLERK
By mkemar DEPUTY
KANSAS CITY, KS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Robert K. Bernard                         )
                                          )
600 Eldridge St. -- Apt. A6               )
                                          )
Lawrence, Kansas 66049                    )
(Enter above the full name of Plaintiff(s))
                                          )
                                          )
vs.                                       )
                                          )
The Lawrence Paper Company                )   Case Number: 10-2685-JAR-DJW
Name                                      )   (To be assigned by Clerk)
                                          )
2801 Lakeview Rd.                         )
Street and number                         )
                                          )
Lawrence, Kansas  66044                   )
City       State           Zip Code       )

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.  This employment discrimination lawsuit is based on (check only those that apply):

    ____  Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
    **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

    ✓  Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
    **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

    ✓  American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,

1

    for employment discrimination on the basis of disability.
    **NOTE**: *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

    ✓ Other (Describe)
    <u>Retaliation for exercising rights under Family and Medical Leave Act</u>
    <u>(FMLA), 29 USC 2601 et seq.; and interference (attainment) and</u>
    <u>retaliation claims for exercising rights under ERISA, 29 USC 1140</u>

2.  If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

  (Street Address) (City/County) (State) (Zip Code)

3.  When did the discrimination occur? Please give the date or time period:
  May 20, 2009

## ADMINISTRATIVE PROCEDURES

4.  Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?
  \_\_\_\_\_Yes Date filed: _____
  ✓ No

5.  Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?
  ✓ Yes Date filed: June 23, 2009
  \_\_\_\_\_No

6.  Have you received a Notice of Right-to-Sue Letter?
  ✓ Yes \_\_\_\_\_ No
  If yes, please attach a copy of the letter to this complaint.

7.  If you are claiming *age discrimination*, check one of the following:
  ✓ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
  \_\_\_\_\_ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   \_\_\_\_ failure to hire me
   _✓_ termination of my employment
   \_\_\_\_ failure to promote me
   _✓_ failure to accommodate my disability
   \_\_\_\_ terms and conditions of my employment differ from those of similar employees
   \_\_\_\_ retaliation
   \_\_\_\_ harassment
   \_\_\_\_ reduction in wages
   _✓_ other conduct (specify):

   Discrimination because of lung cancer          Discrimination after 12-31-2008 surgery and chemo-treatment for lung cancer; also perceived as disabled

   Did you complain about this same conduct in your charge of discrimination?
   _✓_ Yes   \_\_\_\_ No

9. I believe that I was discriminated against because of (check all that apply):
   \_\_\_\_ my race or color, which is _____
   \_\_\_\_ my religion, which is _____
   \_\_\_\_ my national origin, which is _____
   \_\_\_\_ my gender, which is _____male; _____female
   _✓_ my disability or perceived disability, which is lung cancer
   _✓_ my age (my birth date is: 08/02/1955    )
   \_\_\_\_ other: _____

   Did you state the same reason(s) in your charge of discrimination?
   _✓_ Yes   \_\_\_\_ No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

    I was hired by Company in July 1982. I was diagnosed with lung cancer in November 2008. I had lung surgery on 12/31/2008 to remove cancer. I returned to work half-days after starting chemo treatments in Feb 2009. I used FMLA leave during this time period. Was scheduled to end chemo treatments and return to work full-time the week after my termination on 05/20/2009. My position was allegedly eliminated. Filled by a younger, less-experienced new employee.

3

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
   \_\_\_\_\_ are still being committed by Defendant.
   \_✓\_ are no longer being committed by Defendant.
   \_\_\_\_\_ may still be being committed by Defendant.

12. Plaintiff:
   \_\_\_\_\_ still works for Defendant
   \_✓\_ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
   \_✓\_ Yes  \_\_\_\_\_ No
   Explain: Eliminated my position instead of continuing to accommodate my disability

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
   \_\_\_\_\_ Defendant be directed to employ Plaintiff
   \_✓\_ Defendant be directed to re-employ Plaintiff
   \_\_\_\_\_ Defendant be directed to promote Plaintiff
   \_\_\_\_\_ Defendant be directed to _____
   \_✓\_ Injunctive relief (please explain): Stop discrimination if reinstated
   \_✓\_ Monetary damages (please explain): Back pay, benefits, front pay, prejudgment interest
   \_✓\_ Costs and fees involved in litigating this case
   \_✓\_ As additional relief to make Plaintiff whole, Plaintiff seeks: Compensatory damages for emotional distress, tax liability differential, actual damages, punitive damages
and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this \_21st\_ day of _____December_____, 20\_10\_.

*Robert K. Bernard*
Signature of Plaintiff
Robert K. Bernard
Name (Print or Type)
600 Eldridge St. -- Apt. A6
Address
Lawrence, Kansas 66049
City State Zip Code
785-383-3106
Telephone Number

4

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( ☐ Wichita, ☑ Kansas City or ☐ Topeka ), Kansas as the location for the trial in this matter. (check one location)

*Robert K. Bernard*
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ☑ yes ☐ no .
(check one)

*Robert K. Bernard*
Signature of Plaintiff

Dated: __12/21/2010__
(Rev. 8/07)

5

EEOC Form 161-B (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**NOTICE OF RIGHT TO SUE** *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: Robert K. Bernard<br>2216 S.W. Hope Street<br>Topeka, KS 66614 | From: Kansas City Area Office<br>Gateway Tower II<br>400 State Avenue<br>Kansas City, KS 66101 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 563-2009-01866 | Teresa K. Wilke, Investigator | (913) 551-6645 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

Billie I. Ashton,
Director

09-27-10
*(Date Mailed)*

cc:   LAWRENCE PAPER COMPANY
      2801 Lakeview Rd
      Lawrence, KS 66049

147